**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Reginald Dewayne HUTCHERSON,
a.k.a. Main Main, Defendant–
Appellant.**

No. 06–15887
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 6, 2007.

Joseph A. Ingram, Birmingham, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Joseph A. Ingram, appointed counsel for Reginald Dewayne Hutcherson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hutcherson's convictions and sentences are **AFFIRMED.** We also construe Hutcherson's response letter as a motion for appointment of new counsel and a motion for extension of time to file a response brief and **DENY** those motions.